# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| **BRUCE GORDON, as EXECUTOR of the ESTATE OF DOLORES GORDON** <br>     Plaintiff, <br> <br> v. <br> <br> **AIR & LIQUID SYSTEMS CORPORATION** as Successor by Merger to **BUFFALO PUMPS, INC.**, *et al.*, <br>     Defendants. | Case No. 3:17-cv-01115- VLB <br> <br> <br> <br> <br> <br> SEPTEMBER 26, 2018 |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Bruce Gordon, as Executor of the Estate of Dolores Gordon and the Defendant Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc., and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice and without costs against **the following defendant only: Air & Liquid Systems Corporation, as successor by merger to Buffalo Pumps, Inc.**, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| Bruce Gordon, Personally, as Executor of the Estate of Dolores Gordon, <br> <br> By  *s/ Amity L. Arscott*_____ <br> Amity L. Arscott (ct27021) <br> Embry and Neusner <br> 118 Poquonnock Road <br> P.O. Box 1409 <br> Groton, CT  06340 <br> Tel. 860-449-0341 <br> <br> Dated: September 26, 2018 | AIR & LIQUID SYSTEMS CORP., AS SUCCESSOR BY MERGER TO BUFFALO PUMPS, INC. <br> <br> By:    /s/ *John R. Felice*_____ <br> John R. Felice (ct29392) <br> Jessica L. Patch (ct29905) <br> HERMES, NETBURN, O'CONNOR & SPEARING, P.C. <br> 265 Franklin Street, 7th Floor <br> Boston, MA 02110 <br> Phone: (617) 728-0050 <br> Fax: (617) 728-0052 <br> Email: jfelice@hermesenetburn.com <br> Dated: September 26, 2018 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

      /s/    Amity L. Arscott
      Amity L. Arscott (ct27021)

{H0057447.1}