UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DOLORES GORDON, PERSONALLY AND** : <br> **DOLORES GORDON, EXECUTRIX OF THE** : <br> **ESTATE OF DONALD GORDON** : <br>              **Plaintiff,** : <br> : <br> v.      : <br> : <br> : <br> **CBS CORPORATION., et al.** : <br> : <br>              **Defendants.** : | Case No. 3:17-cv-01115 |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs, Dolores Gordon, Personally and Dolores Gordon, Executrix of the Estate of Donald Gordon, and the Defendant, Foster Wheeler LLC and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the following defendant only: Foster Wheeler LLC pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| DOLORES GORDON, Personally and <br> DOLORES GORDON, Executrix of the <br> Estate of DONALD GORDON <br> By their Attorneys | FOSTER WHEELER LLC, <br> By its Attorneys |
| */s/ Amity L. Arcott* <br> Amity L. Arscott (ct#27021) <br> Embry and Neusner <br> 118 Poquonnock Road <br> P.O. Box 1409 <br> Groton, CT 06340 <br> Tel. 860-449-0341 | */s/ James R. Oswald* <br> James R. Oswald (ct#20936) <br> ADLER POLLOCK & SHEEHAN P.C. <br> One Citizens Plaza, 8th Floor <br> Providence, RI 02903 <br> Tel: (401) 274-7200 <br> Fax: (401) 351-4607 <br> joswald@apslaw.com |

Dated: October 2, 2018

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2018, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                              */s/ James R. Oswald*

119473.v1