UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE GORDON, as EXECUTOR of the ESTATE OF DOLORES GORDON, | : <br> : <br> : CIVIL ACTION NO 3:17-cv-01115-VLB |
| Plaintiffs, | : <br> : |
| v. | : <br> : <br> : |
| CBS CORPORATION, et al | : OCTOBER 2, 2018 <br> : |
| Defendants | : <br> : |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Bruce Gordon, as Executor of the Estate of Dolores Gordon, and the Defendant Crane Co. and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice and without costs, against the following defendant only: Crane Co., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

| | |
|---|---|
| The Plaintiff, <br> BRUCE GORDON, as EXECUTOR <br> OF THE ESTATE OF DOLORES GORDON | The Defendant, <br> CRANE CO. |
| /s/ *Amity L. Arscott* <br> Amity L. Arscott (ct27021) <br> EMBRY & NEUSNER <br> 118 Poquonnock Road, P.O. Box 1409 <br> Groton, CT 06340 <br> Phone: (860) 449-0341 <br> Email: alarscott@embryneusner.com | */s/ Thomas N. Lyons* <br> Thomas N. Lyons (ct26937) <br> DANAHERLAGNESE, PC <br> Capitol Place, 21 Oak Street <br> Hartford, CT 06106 <br> Phone: (860) 247-3666 <br> Email: tlyons@danaherlagnese.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Thomas N. Lyons*
Thomas N. Lyons (ct26937)
DANAHERLAGNESE, PC
21 Oak Street, Suite 700
Hartford, CT  06106
Phone: (860) 247-3666
Fax:  (860) 547-1321
Email: tlyons@danaherlagnese.com