```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------X
                              :
PLAINTIFF                     :     Civil No. 3:XXCVXXXXX(XXX)
                              :
v.                            :
                              :
DEFENDANT                     :     Date
                              :
------------------------------X
```

**Plaintiff Fact Sheet**

**Age of Plaintiff:**

**Dates of Exposure:**

**Nature of Exposure:**

**Diagnosis/Diagnoses:**

**Any Special Factors:**