UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BRUCE GORDON, SUCCESSOR EXECUTOR OF THE ESTATE OF DONALD GORDON, AND BRUCE GORDON, EXECUTOR OF THE ESTATE OF DOLORES GORDON<br>    Plaintiff | : CIVIL CASE NO. 3:17-cv-01115-VLB<br>:<br>:<br>:<br>:<br>: |
| VS. | :<br>: |
| CBS CORPORATION, ET AL<br>    Defendants | : OCTOBER 22, 2019<br>: |

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Bruce Gordon, Successor Executor of the Estate of Donald Gordon, and Bruce Gordon, Executor of the Estate of Dolores Gordon and the Defendant General Electric Company and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice against the following defendant only: General Electric Company, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

PLAINTIFF
BRUCE GORDON, SUCCESSOR
EXECUTOR OF THE ESTATE OF
DONALD GORDON, AND BRUCE
GORDON, EXECUTOR OF THE
ESTATE OF DOLORES GORDON

By   s/ Amity L. Arscott (ct27021)
Embry and Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT  06340
Tel. 860-449-0341

DEFENDANT
GENERAL ELECTRIC COMPANY

By /s/ Catherine Mohan (ct00340)
McCarter & English, LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103
Tel. (860) 275-6700
Fax. (860) 560-5962
Email: cmohan@mccarter.com

ME1 31764469v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on _____, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                  **/s/ Amity L. Arscott (ct27021)**
                                                  **Amity L. Arscott**